IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIANE PERSSON, | ) | 4:04CV3257 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOHN E. POTTER, Postmaster | ) | |
| General, UNITED STATES POSTAL | ) | |
| SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Defendant's Fed. R. Civ. P. 12(b)(1) motion to dismiss for lack of jurisdiction, or, in the alternative, for summary judgment on the Title VII claim. (Filing 24.) Because it is the present intention of the court to grant Defendant's motion to dismiss the Equal Pay Act claim and to grant summary judgment on the Title VII claim, trial of this matter shall be continued until further order of the court and the pretrial conference scheduled for April 21 is cancelled. The court will enter a memorandum and order granting the motion within seven days.

April 20, 2005.                                  BY THE COURT:

                                                 s/Richard G. Kopf
                                                 United States District Judge